UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Farideh Chubineh,                                    Civil Action No.: 12cv0460

                 Plaintiff,

    v.

Credit Bureau Collection Services, Inc.,
d/b/a CBCS,

                 Defendant.
_____


## <u>NOTICE OF DISMISSAL</u>

PLEASE TAKE NOTICE that plaintiff, Farideh Chubineh, pursuant to Rule 41(a)(1) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.


<u>/s/ Cyrus B. Chubineh</u>
Cyrus B. Chubineh, Esq.
Attorney for Plaintiff
Law Office of Cyrus B. Chubineh
P.O. Box 714
Getzville, NY 14068
chubineh@yahoo.com
Tel: 716-864-0715

1